AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

FILED
SEP 14 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| TRAE JAVAR COMPTON<br>*Plaintiff*<br>v.<br>State of West Virginia, Terry O'Brien, Kevin Pearce, Michael Bledsoe, Jerald Rifle, John Hunt, Shane Hixenbaugh, Wanda Sines, Trevor George, Kenneth Craddock, Christopher Meyer, and Terrence Gasser<br>*Defendant* | Civil Action No. 5:15-CV-150 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other: the Magistrate Judge's Report and Recommendation is Affirmed and Adopted; Defendant's motion to Dismiss or, alternatively, for Summary Judgment is GRANTED; Plainiff's (motion for) Amended Complaint is DENIED; Plaintiff's Objections to Report and Recommendation are OVERRULED; and this civil action is DISMISSED and STRICKEN from the active docket of this Court.

This action was *(check one)*:

☒ decided by Judge   FREDERICK P. STAMP, JR.

**Cheryl Dean Riley**

Date:   09/14/2018

*CLERK OF COURT*

/s/ S. O. Abraham, Deputy Clerk

*Signature of Clerk or Deputy Clerk*